TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00812-CV

Landmark Communications International, Inc., Appellant

v.

Paul T. Morin, P.C., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 97-13234-A, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

PER CURIAM

 The parties in this cause have filed a joint agreed motion to dismiss the appeal
based on their settlement agreement. Accordingly, we grant the parties' motion and dismiss the
appeal.

See Tex. R. App. P. 42.1(a)(1).

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed on Joint Motion

Filed: June 29, 2000

Do Not Publish